

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-19-00685-CR

Dennis **AVELAR-SOLORANO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0605
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before June 8, 2020. No further extensions will be granted absent extenuating circumstances.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court